UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                  No. : 17-cr-10082-STA

NORISSA WILLIAMS,

    Defendant.

## ORDER STRIKING THE MATTER FROM THE TRIAL DOCKET

This order comes pursuant to a strike from the trial docket filed by Defendant Norissa Williams. This matter has been set for trial on December 17, 2018. Defendant's motion advises that all parties anticipate a change of plea, and that a hearing for such has been set on December 10, 2018. Therefore a trial date will not be necessary and the matter will be stricken from the trial docket. It is so ordered November 30, 2018.

s/S. Thomas Anderson
Chief U.S. District Court Judge