**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:17-10082-STA |
| NORISSA NICHOLE WILLIAMS, | ) |
| Defendant. | ) |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on December 10, 2018, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Norissa Nichole Williams, appearing in person, and with counsel, Patrick Stegall.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MARCH 19, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 10th day of December, 2018.

                                                   s/ S. Thomas Anderson
                                                  CHIEF JUDGE, U. S. DISTRICT COURT