IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Eastern Division

UNITED STATES OF AMERICA

-vs-  Case No. 1:17-10082-STA

NORISSA WILLIAMS

**ORDER TO SURRENDER**

Defendant, Norissa Williams, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the court to report to the designated institution at her own expense, is hereby ordered to surrender herself to the Bureau of Prisons by reporting to: **FCI Greenville SCP, 100 U.S. Hwy 40, Greenville, IL 62246,** no later than **Wednesday, May 1, 2019 by 12:00 Noon.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order **the defendant shall sign one copy of this Order in the proper space** below and return it to the Clerk of the Court in the enclosed stamped self-addressed envelope, acknowledging that she has received a copy of this Order, and that she will report as ordered to the facility named above.

IT IS SO ORDERED this the 22nd day of March, 2019.

s/ S. Thomas Anderson
CHIEF U.S. DISTRICT COURT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**

UNITED STATES OF AMERICA

-vs-                                              Case No. 1:17-10082-STA

NORISSA WILLIAMS

### ORDER TO SURRENDER

Defendant, Norissa Williams, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the court to report to the designated institution at her own expense, is hereby ordered to surrender herself to the Bureau of Prisons by reporting to: **FCI Greenville SCP, 100 U.S. Hwy 40, Greenville, IL 62246,** no later than **Wednesday, May 1, 2019 by 12:00 Noon.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order **the defendant shall sign one copy of this Order in the proper space** below and return it to the Clerk of the Court in the enclosed stamped self-addressed envelope, acknowledging that she has received a copy of this Order, and that she will report as ordered to the facility named above.

IT IS SO ORDERED this the 22nd day of March, 2019.

s/ S. Thomas Anderson
CHIEF U.S. DISTRICT COURT JUDGE

Norissa Williams - 17-10082

**ACKNOWLEDGMENT**

I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

Signed and acknowledged before me on _____.

_____                    _____

Clerk/Deputy Clerk                    Defendant

Norissa Williams - 17-10082

**<u>ACKNOWLEDGMENT</u>**

I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

Signed and acknowledged before me on _____.

_____     _____
Clerk/Deputy Clerk                 Defendant